**WRIGHT, Petitioner, v. ECKLE, Supt. of London Prison Farm, Respondent.**

Ohio Appeals, Second District, Madison County.

No. 227. Decided February 14, 1957.

Sheldon Wright, in his own behalf.
William Saxbe, Atty. Genl., Columbus, for respondent.

## OPINION

By THE COURT:

Petitioner requests the court "in conformity with provisions of the Constitution of Ohio and the provisions of the U. S. Federal Statute, Title 28, Section 1915. (D), to appoint counsel to represent petitioner in this action."

There is no provision in the Constitution of Ohio or by statute for

the appointment of counsel for an indigent petitioner in an action in habeas corpus. The Federal Statute which petitioner cites does not control procedure in Ohio courts.

The motion will be denied.

HORNBECK, PJ, WISEMAN, J, concur.